

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00025-CV

**FE EXPRESS, LLC** and Francisco Javier Bernal,
Appellants

v.

Maria Isabel Serna **CONTRERAS**, as next friend and guardian of Samara Isabella Morales
Serna and Samantha Isabel Morales Serna, minor children, and as Administrator of the Estate of
Samuel Morales Castillo, Deceased,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT001295 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is VACATED without regard to the merits and this case is REMANDED to the trial court with instructions to vacate the trial court's July 17, 2017 Order Setting Amount of Security for Money Judgment and to release FE Express and its surety from the Supersedeas Bond filed on February 3, 2017. Costs of this appeal are assessed against appellants.

SIGNED January 17, 2018.

Luz Elena D. Chapa, Justice